## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

August 27, 2018

## LETTER ORDER

Re:     *Phetteplace v. Cancer Genetics, Inc., et al.*
        Civil Action No. 18-5612 (ES) (SCM)

Dear Counsel:

Pending before the Court is movant Randy Clark's ("Movant") motion to consolidate related actions, appoint lead plaintiff, and appoint lead counsel.   (D.E. No. 5).

On August 7, 2018, the Honorable Steven C. Mannion, U.S.M.J., issued a Report and Recommendation ("R&R") recommending that this Court grant Movant's motion and advising the parties that they had fourteen days to file and serve any objections to the R&R under Local Civil Rule 72.1(c)(2).   (D.E. No. 23).   To date, the parties have not filed any objections.

The Court has considered the parties' submissions, as well as Magistrate Judge Mannion's R&R, and for the reasons stated therein,

IT IS on this 27th day of August 2018,

**ORDERED** that this Court adopts Magistrate Judge Mannion's R&R (D.E. No. 23) in full and grants Movant's motion to consolidate related actions, appoint lead plaintiff, and appoint lead counsel (D.E. No. 5); and it is further

**ORDERED** that the two actions, *Phetteplace v. Cancer Genetics, Inc.*, Civ. No. 18-5612, commenced on April 5, 2018, and *Zhang v. Cancer Genetics, Inc.*, Civ. No. 18-6353, commenced on April 12, 2018, are now consolidated; and it is further

**ORDERED** that the caption for the consolidated action will hereafter be *In re Cancer Genetics, Inc. Securities Litigation*, Civ. No. 18-5612 (ES) (SCM); and it is further

**ORDERED** that each new case that arises out of the subject matter of this consolidated action that is filed in or transferred to this Court shall be consolidated with this consolidated action. This Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application; and it is further

ORDERED that Randy Clark is appointed lead plaintiff for this action; and it is further

ORDERED that the Court approves the lead plaintiff's selection of The Rosen Law Firm, P.A. to serve as lead counsel; and it is further

ORDERED that the Clerk of Court shall terminate docket entries 5 and 23.


*s/Esther Salas*
**Esther Salas, U.S.D.J.**

2